

```
        FILED
   U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

   2023 MAY 23  P 3: 30

      CAROL L. MICHEL
           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

BILL OF INFORMATION FOR THEFT
FROM AN AGENCY RECEIVING FEDERAL FUNDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-106** |
| v. | * | SECTION: **SECT. H MAG. 1** |
| JAMES ARNOLD | * | VIOLATION: 18 U.S.C. § 666 |

\* \* \*

The United States Attorney charges that:

### COUNT 1

**A.  AT ALL TIMES MATERIAL HEREIN:**

1. The Sewerage and Water Board of New Orleans ("S&WB") was a public utility and government agency that annually received in excess of $10,000.00 in Federal program benefits.

2. **JAMES ARNOLD** ("**ARNOLD**") was employed by the S&WB as a Utility Services Administrator and was an agent of the S&WB.

3. Beginning in approximately 2012 and continuing until in or about November 2021, **ARNOLD** knowingly and in numerous instances engaged in a scheme to steal and convert without

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

authority S&WB funds by causing the S&WB to issue plumbing permits when it had not received the fees required for the issuance of those permits.

4. **ARNOLD** would instruct plumbers to provide him with payments for the fees required to obtain plumbing permits. **ARNOLD** would keep the payments for his personal use and then cause the S&WB to issue the permits without the S&WB having received the required fees.

5. By engaging in this scheme, **ARNOLD** caused a total loss to the S&WB of approximately $108,290.00.

**B.   THE OFFENSE:**

In or around December 2018, in the Eastern District of Louisiana, the defendant, **JAMES ARNOLD**, being an agent of a local government agency that received in the one-year period beginning January 1, 2018, federal benefits in excess of $10,000.00, embezzled, stole, and intentionally misapplied property worth at least $5,000.00 and owned by and under the care, custody, and control of said agency, in violation of 18 U.S.C. § 666(a)(1)(A).

**NOTICE OF FORFEITURE**

1. The allegation of Count 1 of this Bill of Information is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **JAMES ARNOLD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
CHANDRA MENON
Assistant United States Attorney

New Orleans, Louisiana
May 23, 2023

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

JAMES ARNOLD

BILL OF INFORMATION FOR
THEFT FROM AN AGENCY
RECEIVING FEDERAL FUNDS

Violation(s): 18 U.S.C. § 666(a)(1)(A)

Filed _____, 20 23

_____, Clerk.

By _____, Deputy

CHANDRA MENON
Assistant United States Attorney